Harry M. Levinson, appellee, v. William J. Kennedy et al., on appeal of William J. Kennedy, appellant. Gen. No. 28,011.

Action in forcible detainer, defense claiming agreement for a 99-year lease, which agreement was claimed to be void under statute of frauds. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923. Certiorari denied by Supreme Court (making opinion final).

Thomas F. Burke and John T. Murray, for appellant. Moses, Rosenthal & Kennedy, for appellee; Hirsch E. Soble, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Edward C. Jacobs, appellee, v. O. J. Smith, appellant. Gen. No. 28,032.

Action for damages to plaintiff's automobile resulting from collision between defendant's truck and another truck in street where said automobile was parked. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with a finding of fact. Opinion filed February 13, 1923.

F. J. Canty and Max F. Allaben, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Anthony W. Frisbie, appellee, v. Rose De Krauze, appellant. Gen. No. 28,051.

Action in forcible detainer, defendant seeking to prove by parol a provision not appearing in the writing of the contract. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court 'at the October term, 1922. Affirmed. Opinion filed February 13, 1923. Rehearing denied February 28, 1923. Certiorari denied by Supreme Court (making opinion final).

Church, McMurdy, Harpel & Wagner, for appellant. Louis A. Heile, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Samuel E. Pincus et al., appellants, v. Avedice O. Beloian, appellee. Gen. No. 27,840.

Action of forcible detainer. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.

Baer & Pincus, for appellants. Grover C. McLaren, for appellee.

Mr. Justice Gridley delivered the opinion of the court.